UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00180-D-2

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | ORDER FOR EXAMINATION |
| | ] | ON CAPACITY TO PROCEED |
| ANTHONY RASHAD DAWSON | ] | |
| | ] | |

This matter is before the court on defendant's motion for a competency evaluation filed August 7, 2020, pursuant to 18 U.S.C. §§ 4241, 4247, to which the government does not object. Upon finding that there is reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense, the motion is ALLOWED.

It is hereby ORDERED that the defendant shall be evaluated on an outpatient basis by a board certified forensic psychiatrist or psychologist, at no expense to the defendant, pursuant to 18 U.S.C. §4247(b). Said examination shall be completed in a reasonable period of time, not to exceed 90 days. Any continuance of this 90 day period must be pre-approved by the Court. A report prepared by the designated examiner shall be filed with the court, and copies served on counsel for defendant and the United States, as provided by 18 U.S.C. §4247(c). The Defendant will continue to be detained.

The delay occasioned by the granting of the instant motion is hereby excluded from computation for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A). The undersigned finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion.

The court shall notice a date for the hearing on defendant's competency immediately after provision of the report made mention of above.

SO ORDERED, this 18 day of August, 2020.

*signature*
The Honorable James C. Dever, III
United States District Court Judge