UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00180-D-1

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | ORDER TO RELEASE MEDICAL |
| | ] | AND MENTAL HEALTH RECORDS |
| ANTHONY RASHAD DAWSON | ] | FROM THE N.C. DEPARTMENT OF |
| | ] | CORRECTIONS |

This matter is before the court on defendant's motion to release medical and mental health records from the North Carolina Department of Corrections for Defendant, Anthony Rashad Dawson, (DOB 2/19/90, SSN xxx-xx5785), to which the government does not object. Upon finding that Dr. Kartayoun Tabrizi, who is performing the ordered evaluation, needs said records, the motion is ALLOWED.

All of Anthony Rashad Dawson's (DOB 2/19/90, SSN xxx-xx5785) medical and mental health records in the custody of the North Carolina Department of Corrections shall be released to James S. Perry, Attorney at Law, P.O. Drawer 1475, Kinston, NC 28503-1475.

Mr. Perry shall provide a copy of said records to Dr. Tabrizi and AUSA Blondel.

SO ORDERED, this 7 day of April, 2021.

_____
The Honorable James C. Dever III
United States District Court Judge