IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-180-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTHONY RASHAD DAWSON, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2023, Anthony Rashad Dawson ("Dawson" or "defendant") requested a copy of his docket sheet, sentencing transcript, and indictment [D.E. 137].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Dawson has failed to show a particularized need for the transcript. To the extent Dawson's motion could be construed as a motion to obtain a transcript without charge, the motion [D.E. 137] is denied.

Counsel represented Dawson on appeal. Dawson may, of course, consult with his counsel about the documents that his counsel received concerning his case. To the extent defendant's letter constitutes a motion to obtain the document without charge, the motion [D.E. 137] is DENIED.

SO ORDERED. This 10 day of July, 2023.

JAMES C. DEVER III
United States District Judge